*PLATZER, SWERGOLD, KARLIN, LEVINE,*
*GOLDBERG & JASLOW, LLP*
*Attorneys for the Plaintiff*
*1065 Avenue of the Americas, 18th Floor*
*New York, New York 10018*
*212-593-3000*
*212-593-0535 (fax)*
*LINDA M. GATES, ESQ. (LMG/4953)*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STERLING NATIONAL BANK,** <br><br> Plaintiff, <br><br> against <br><br> **HI-TECH MARKETING d/b/a EZ CREDIT CORP., JEROME N. GREENBERG, GERALD P. BOND,** <br><br> Defendants. | Civil Action No. 07- CV 8809 (Lynch) <br><br> **Rule 7.1 Statement** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, Sterling National Bank, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Sterling National Bank is a wholly owned subsidiary of Sterling Bancorp, a publicly held corporation.

By: _/s/ Linda Mandel Gates_
**LINDA MANDEL GATES (LMG/4953)**

Dated: October 8, 2007