UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

STERLING NATIONAL BANK
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 8809 (G)(L)

- against -

HI-TECH MARKETING d/b/a EZ CREDIT CORP., JEROME N. GREENBERG, GERALD P. BOND

NOTICE OF APPEARANCE

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

Please take notice that I, __GERALD P. BOND__, a defendant in
                                    (name)
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  SIMI VALLEY, CA
        (town/city)   (state)

        FEBRUARY 19, 2008

Signature of Defendant: _Gerald P. Bond_

Address: 1935 RAMBLING ROAD #2

City, State & Zip Code: SIMI VALLEY, CA 93065

Telephone Number: 805-300-6664

Fax Number (if you have one): _____

Rev. 05/2007                                     4