| Attorney or Party without Attorney:<br>GUARANTEED SUBPOENA SERVICE, INC.<br>2009 MORRIS AVENUE<br>UNION, NJ 07083<br>Telephone No: 800-672-1952     FAX No: 908-688-0885 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Southern District Of New York | | | | |
| Applicant: STERLING NATIONAL BANK | | | | |
| HI-TECH MARKETING d/b/a EZ CREDIT CORP., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CIV8809 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; CIS

3. a. *Party served:*                                    GERALD P. POND

4. *Address where the party was served:*      1935 RAMBLING ROAD
                                                                    SIMI VALLEY, CA 93065

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Feb. 03, 2008 (2) at: 3:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTY CIMBER                                  d. **The Fee** *for Service was:*    $65.00
   b. **TRI-COUNTY ATTORNEY SERVICE**     e. I am: (3) registered California process server
   2219 THOUSAND OAKS BLVD #219                   (i)   Owner
   Thousand Oaks, CA 91362                                  (ii)  Registration No.:    111
   c. 805-497-4300, FAX 805-497-4308                    (iii) County:               Ventura
                                                                                 (iv) Expiration Date:   Mon, Apr. 12, 2010

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 04, 2008

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | (CHRISTY CIMBER)<br>*19817.guar.22015* |
|---|---|---|

R R