# Certificate of Service

Va Code 8.01-293, 8.01-320, 8.01-325

Southern District Of New York

Case number:
07 CIV 8809

**Sterling National Bank**
Plaintiff/Petitioner

/ re/ Vs

**Hi-Tech Marketing d/b/a EZ Credit Corp. C.O Jerome Greenberg**
Defendant/Respondent

Service Information: **Fresh Starting C/O Jerome N. Greenberg**
**232 Business Park Drive, Suite # 202, Virginia Beach, VA 23462**
NAME AND ADDRESS OF PERSON/ENTITY BEING SERVED

Documents(s): **Summons, Complaint, CIS**

I, **Andrea Berry** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **Friday, February 29, 2008, at 4:06 PM**
                                                    Date                              Time

## MANNER OF SERVICE:

BEING UNABLE TO MAKE PERSONAL SERVICE A COPY WAS DELIVERED IN THE FOLLOWING MANNER:

{XX} **Substitute Service (Business)** - By leaving, during office hours, copies, at the person/entity being served, leaving same with person apparently in charge thereof. **Gussie Forts, Office Manager**
Name/Title

Gussie Forts is a Black Female - 5'2" - 125 lbs. - Black Hair - Brown Eyes - Glasses - Age - 55 - 60

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on: **February 29, 2008** at **Norfolk, Virginia**
                              Date                              City / State

State of **VIRGINIA**, City of **Norfolk**

_Andrea Berry_
Signature of Process Server

Subscribed and sworn before me, a notary public, this **February 29, 2008**

_Mistie Wood_
NOTARY PUBLIC

REF # **249383**

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010

My Commission Expires:
December 31, 2010

**Driskell Services, Inc.**
600 Archcove Court
Norfolk, VA, 23502
(757) 461-4099